Order issued November 14, 2012



In The

# Court of Appeals
## Fifth District of Texas at Dallas

No. 05-11-01399-CV

**DEBRA KAY HEALY, Appellant**

V.

**ROBERT FUSTON, Appellee**

## ORDER

Before Justices O'Neill, FitzGerald, and Lang-Miers

Appellant's October 18, 2012 Motion to Reinstate Appeal is **DENIED**.

KERRY P. FITZGERALD
JUSTICE